JUDGE JOHN C. COUGHENOUR

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. CR06-296JCC |
| | ) | |
| v. | ) | **ORDER CONTINUING** |
| | ) | **MOTIONS FILING DEADLINE** |
| DALE ALEXANDER PRENTICE, | ) | **FOR DEFENDANTS PRENTICE** |
| et al., | ) | **AND HARMON** |
| | ) | |
| Defendants. | ) | |

Based upon the above stipulation of the parties, and for the reasons set forth therein, the Court finds that the ends of justice served by granting the requested continuance of the motions filing deadline for defendants Dale A. Prentice and Chris Lee Harmon. Accordingly,

IT IS HEREBY ORDERED that the motions filing deadline for defendants Prentice and Harmon is continued from September 28, 2006, to October 12, 2006.

DATED this 28th day of September, 2006.

John C. Coughenour
United States District Judge

ORDER CONTINUING MOTIONS
FILING DEADLINE;
CR06-296JCC - 1