Judge Coughenour

1

2

3

4

5

6

7 UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
8 AT SEATTLE

9 UNITED STATES OF AMERICA,      )
                                )   NO.   CR06-296 JCC
10            Plaintiff,          )
                                )   ORDER SEVERING
11      v.                       )   DEFENDANT PRENTICE
                                )   FROM DEFENDANTS EL, EL
12 DALE ALEXANDER PRENTICE,      )   and TRAN FOR TRIAL and
   VISA EL,                      )   CONTINUING TRIAL AS TO
13 IBRAHIM ABDUL EL,             )   DEFENDANT PRENTICE
   HAO QUANG TRAN,               )
14                               )
             Defendants.         )
15 _____   )

16

17        This matter having come before the undersigned Court by joint motion (Dkt. Nos.

18 171, 174) of counsel, the United States through the United States Attorney for the

19 Western District of Washington, Susan M. Roe, Assistant United States Attorney for said

20 district, and the Defendants through counsel,  Dale A. Prentice by and through Richard

21 Troberman, Visa El by and through Kenneth Kanev, Ibrahim El by and through Howard

22 Ratner and Hao Tran by and through Ralph Hurvitz, the Court being fully advised in the

23 matter, now finds that:

24        The trial for defendant Dale A. Prentice shall be SEVERED from the trial for

25 Defendants Visa El, Ibrahim El and Hao Tran, which is scheduled for February 5, 2007.

26        Furthermore, Defendant Prentice has filed a speedy trial waiver through May 11,

27 2007 (Dkt. No. 173).  Because Defendant Prentice faces charges significantly different

28 from those faced by the Defendants scheduled for trial on February 5, 2007 and because

1  further Grand Jury presentation is anticipated in his case, the Court finds that the

2  requested 90-day extension of Defendant Prentice's trial is appropriate.  Failure to

3  continue Defendant Prentice's trial would deny him adequate preparation by his attorney

4  and would deny counsel reasonable time to prepare for trial or negotiate plea agreements.

5  Due to these factors, exclusion of additional time as to Defendant Prentice under 18

6  U.S.C. § 3161(h)(8)(B)(iv) is appropriate, taking into account the exercise of due

7  diligence.  The Court further finds that the ends of justice served by taking such action

8  outweigh the best interest of the public and Defendant Prentice in a speedy trial, within

9  the meaning of  18 U.S.C. § 3161(h)(8)(A).  The proposed continuance of Defendant

10  Prentice's trial does not appear to prejudice any party.  Accordingly, the trial for

11  Defendant Prentice shall be CONTINUED to April 23, 2007.  The time between the date

12  of this Order and the new trial date shall be excludable time under the Speedy Trial Act

13  pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(iv) as to Defendant Dale

14  Alexander Prentice.  Any additional pretrial motions as to Defendant Prentice must be

15  filed no later than March 22, 2007.

16      SO ORDERED this 29th day of January, 2007.

17

18

19      John C. Coughenour
        United States District Judge

20

21

22

23

24

25

26

27

28